**Order entered July 16, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00504-CV

## IN THE INTEREST OF J.D.H., A CHILD

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-56446-2010**

## ORDER

We **GRANT** the motion of Sheri Vecera, Official Court Reporter for the 199th Judicial

District Court of Collin County, Texas, for an extension of time to file the reporter's record. The

reporter's record shall be filed on or before **July 31, 2014**.

/s/     ADA BROWN
       JUSTICE